ACCEPTED
05-15-00171-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/17/2015 11:59:49 AM
LISA MATZ
CLERK

In the Court of Appeals for the
Fifth District of Texas at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/17/2015 11:59:49 AM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **Luis Terraza Duran,** | § | |
| Appellant | § | |
| v. | § | No.   05-15-00171-CR |
| | § | |
| **The State of Texas,** Appellee | § | |

## State's First Motion for Extension of Time to File its Brief

The State respectfully requests this extension for good cause and not for delay:

(a) Appellant filed his brief in this cause on June 16, 2015.

(b) The State's brief was due July 16, 2015.

(c) The State has not previously requested an extension in this cause.

(d) The State requests a **30-day extension** to file its brief by **August 15, 2015.**

(e) Good cause exists for the extension due to undersigned counsel's other work, including reviewing briefs for other attorneys, appearing in court on behalf of the appellate chief in his absence, and preparing the State's brief in *Arbanas v. State*, Nos. 05-14-01376-CR & 05-14-01377-CR, due in this Court July 18, 2015.

(f) The case has not yet been set for submission.

(g) The case below was styled *State v. Luis Terraza Duran,* Cause No. 366-82853-2011 in the 366th District Court of Collin County.

**WHEREFORE**, the State respectfully requests that the Court grant an extension of time to file the State's brief on or before **August 15, 2015**.

Respectfully submitted,


**Greg Willis**
Criminal District Attorney
Collin County, Texas

**John R. Rolater, Jr.**
Chief of the Appellate Division
Collin County D.A.'s Office

/s/ Emily Johnson-Liu
Asst. Criminal District Attorney
2100 Bloomdale Rd., Suite 200
McKinney, Texas 75071
State Bar No. 24032600
ejohnson-liu@co.collin.tx.us
(972) 548-4331
FAX (214) 491-4860

## Certificate of Service

The State has e-served this extension motion on opposing counsel, the Honorable Marc J. Fratter, through the eFileTexas.gov filing system today, July 17, 2015.

/s/ Emily Johnson-Liu
Asst. Criminal District Attorney